# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 1:12-CR-107 |
| | § | |
| KEITH DEWAYNE BAILEY | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant's competency for trial.

Having conducted an independent review, the court concludes that the Defendant is competent to stand trial because he is able to understand the nature and consequences of the proceeding against him, and is able to assist his attorney in his defense. It is therefore

**ORDERED** the report and recommendation of the United States magistrate judge on the Defendant's competency to stand trial is **ADOPTED**. It is further

**ORDERED** that the Defendant, Keith Dewayne Bailey, is competent. The speedy trial time shall be excluded from November 29, 2012 until the date of this order.

So **ORDERED** and **SIGNED** this **10** day of **June, 2013.**

_____
Ron Clark, United States District Judge